1996R02773

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Wiliam J. Martini

v. : Criminal No. 98-330

IAD LNU : ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 98-330, against defendant Iad LNU, which Indictment was filed on May 29, 1998, charging the defendant with a violation of Title 18, United States Code, Sections 371, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. WILLIAM J. MARTINI
United States District Judge

July 21, 2008